# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 10-3055 LRR |
| vs. | **ORDER** |
| JORGE JUAREZ MORALES, | |
| Defendant. | |

_____

On March 30, 2011, the Court accepted the jury verdict finding Defendant Jorge Juarez Morales guilty on Counts 1, 2 and 3 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Counts 1, 2 and 3 of the Indictment.

2. The United States Probation Office shall conduct a presentence investigation and prepare a report.

3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

4. Defendant remains detained pending sentencing.

**IT IS SO ORDERED.**

**DATED** this 31st day of March, 2011.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA